# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00046-CR

### John Ervin Bankston III, Appellant

### v.

### The State of Texas, Appellee

## FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT
## NO. 903, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw notice of appeal is granted.  *See* Tex. R. App. P.

42.2(a).  The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:  March 14, 2007

Do Not Publish